UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO JOSE CALDERON-LOPEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, *Commissioner of* ) <br> *Social Security*,[1] ) <br> ) <br> Defendant. ) <br> ) | No. 19-cv-1851 (KBJ) |

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge G. Michael Harvey's Report and Recommendation (ECF No. 23) is **ADOPTED** in its entirety.  It is

**FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 20) is **GRANTED**.

DATE:  May 25, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul, who currently serves as the Commissioner of Social Security, will be substituted for the prior Acting Commissioner, Nancy A. Berryhill.